UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANICE SINGLETON

VERSUS

KEITH DEVILLE, WARDEN

CIVIL ACTION

15-413-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 23, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Petitioner's application for *habeas corpus* relief is denied, with prejudice, as untimely. Further, in the event that the Petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Baton Rouge, Louisiana the 28 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.